## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

AMY UTEGG, Individually and as
Assignor to Pauline Kessler as
Assignee, and PAULINE KESSLER,
Individually,

CIVIL ACTION NO. 3:24-CV-02038

(SAPORITO, J.)

      Plaintiffs,

      v.

STATE FARM FIRE & CASUALTY
CO.,

      Defendant.

### ORDER

AND NOW, this __25th__ day of June, 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. State Farm's motion to dismiss (Doc. 27) is **GRANTED;**

2. The amended complaint (Doc. 24) is **DISMISSED** for failure to state a claim upon which relief can be granted, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure; and

3. The Clerk of Court shall mark this case as **CLOSED.**

Dated: June 25 , 2026

JOSEPH F. SAPORITO, JR.
United States District Judge